IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

'08 JAN -3 P4:14

CLERK, U.S. DISTRICT COURT
BY:_____ DEPUTY CLERK
AT WICHITA, KS

Cherrie J. White
2657 So. Vassar Ct.
Wichita KS 67210
(Enter above the full name of the Plaintiff(s))

vs.

Cessna Aircraft Company
Name
1 Cessna Blvd
Street and number
Wichita KS 67215
City    State    Zip Code

Case Number: 08-1002-JTM

(Enter above the full name and address of the
Defendant in this action - list the name and address
of any additional defendants on the back side of
this sheet).

CIVIL COMPLAINT PURSUANT TO
TITLE VII OF THE
CIVIL RIGHTS ACT OF 1964
or
29 U.S.C. § 621-634(b)
(Age Discrimination in Employment Act)
or
42 U.S.C. § 12111 et seq.
(Americans With Disabilities Act)

Mark the statute that you are filing this complaint under:

     X  Title VII of the Civil Rights Act of 1964.

     X  29 U.S.C. § 621-634 (b) (Age Discrimination in Employment Act)

     X  42 U.S.C. § 12111 et. seq. (Americans With Disabilities Act)

1

1. Plaintiff resides at: 2657 So Vassar Ct Wichita KS 67210

2. Defendant employer(s) reside or can be served with process at the addresses set forth in the caption above.

3. This Action is brought for employment discrimination, pursuant to one or both of the following laws:

    a. _X_ Title VII of the Civil Rights Act of 1964 for employment discrimination.
    b. _X_ Age Discrimination in Employment Act of 1967, codified at 29 U.S.C. § 621-634(b), as amended, for employment discrimination based on age;
    c. _X_ Americans With Disabilities Act, codified at 42 U.S.C. § 12111 et. seq., for employment discrimination based on disability.

Jurisdiction is conferred on this court pursuant to 29 U.S.C. § 626(c)(1), 42 U.S.C. § 2000e-5, or 42 U.S.C. § 12117. If the plaintiff is a federal employee, jurisdiction is conferred on this court pursuant to 29 U.S.C. § 633a(c).

4. Venue is invoked pursuant to 28 U.S.C. § 1391.

5. Defendant's conduct is discriminatory with respect to the following:

    a. _X_ My race or color, which is Black.
    b. ____ My religion, which is _____.
    c. _X_ My sex, which is ____ male; _X_ female.
    d. ____ My national origin, which is _____.
    e. _X_ My age, in violation of 29 U.S.C. § 623.
    f. _X_ My disability or perceived disability, which is Carpal Tunnel/Back Pain Chronic
    g. ____ Other as specified below:
    _____
    _____
    _____

2

6.     The plaintiff is an employee within the meaning of the above-cited statutes.

7.     If this is an age discrimination case, the plaintiff states the following:

    a.     Plaintiff is within the age limits as prescribed by 29 U.S.C. § 631(a).

    b.     My age at the time of the alleged discriminatory conduct was **43-53**.

    c.     My year of birth is **1954**.

8.     The defendant(s) is (are) an employer, employment agency, or labor organization within the meaning of 28 U.S.C. § 1343 and 29 U.S.C § 630(b)(c) and (d). *yes*

9.     The defendant(s) is (are) engaged in commerce within the meaning of the above-cited statutes. *yes*

10.     The conduct complained of in this action concern:

    a.     ____ Failure to employ

    b.     _X_ Termination of employment

    c.     _X_ Failure to promote

    d.     _X_ Unequal terms and conditions of employment

    e.     ____ Reduction in wages

    f.     _X_ Retaliation

    g.     _X_ Failure to accommodate disability

    h.     ____ Other acts as specified below:

*Thoug they accommodated my back No Conceration was given to my hands I'm sure there were other jobs with in the company more accommodating for my disabilities*

3

11. The facts surrounding my claim of discrimination are:

    _Constance harrassment - verble abuse - racial action toward calander - No upgrade or accommodations - See attached facts_

    (If more space is needed you may attach additional sheets of 8½" X 11" paper.)

12. The alleged discriminatory conduct occurred on or about _Several dates (10-16-06)_ at _Cessna in the engineering dept. See attached_
    _(5-98, 2001, 4-18-03, 5-04, 5-3-05 4-05 5-06 10-06_

13. In accordance with 42 U.S.C. § 2000e-5, 29 U.S.C.§ 626(d) and 29 U.S.C. § _10-25-06_ _3-22-07_
    633(b), or 42 U.S.C. § 12117, more than sixty (60) days have elapsed since filing a charge alleging unlawful discrimination with the Kansas State Division of Human Rights, the Kansas Commission on Human Rights or the Equal Employment Opportunity Commission. _yes_

14. In accordance with 28 U.S.C. § 1343 or 29 U.S.C. § 633a(d), of this is an Age Discrimination action, a thirty (30) day Notice of Intent to File this action has been given to the Equal Employment Opportunity Commission. _yes_

15. I filed charges with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights regarding the alleged discriminatory act on _may 30, 2007_.

16. I filed charges with the Equal Employment Opportunity Commission regarding the alleged discriminatory act on _may 14 2007_.

17. I filed a Notice of Intent with the Equal Employment Opportunity Commission on _May 14, 2007_.

18. The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter (copy attached) which was received by me on or about _10-4-07_.

19. If relief is not granted, plaintiff will be irreparably denied the rights secured by the Age Discrimination in Employment Act of 1967, as amended, by Title VII of the 1964 Civil Rights Act, as amended, or by the Americans With Disability Act.

20. Plaintiff demands trial by jury. Yes _X_ No ___

4

WHEREFORE, plaintiff prays that:

a. The court grant the relief stated in 42 U.S.C. § 2000e-5, 29 U.S.C. § 633a(c), or 42 U.S.C. § 12117, including damages in the amount of $300,000.00.

b. The court grant such other legal or equitable relief as the court deems just and proper, including attorney's fees and costs.

_Cherrie J. White_
Signature of Plaintiff

_Cherrie J. White_
Name (Print or Type)

_2657 S. Vassar Ct._
Address

_Wichita  KS  67210_
City     State     Zip Code

_316-687-0526_
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( **Wichita**, Kansas City or Topeka ), Kansas as the location for the trial in this matter.
(circle one location)

_Cherrie J. White_
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ( **yes** or no ).
(circle one)

_Cherrie White_
Signature of Plaintiff

Dated: _1-3-08_
(Rev. 9/04)

5

## CHRONOLOGY

| Date | Event |
|---|---|
| 3-10-1997 | STARTED TO WORK OF CESSNA AIRCRAFT |
| 11-5-98 | TRANSFER TO THIRD SHIFT |

5-12-98     A large 4'X5'.5"X46" cabinet, weighting over 800 pounds fell over on to me. Bulging several disks in my back.
-Returned to work after release from hospital in a Taxi.
-Told to report to work next day at 7 a.m.
-Could not make it in
-Returned in a couple of days to medical. Was sent back to work with some restrictions
-Joe Mavic (supervisor) told me to build small parts on the ground do not get in the plane.
-I tried but back started spasm was sent to St.Joesep, given a very strong shot and sent home in a taxi
-Returned to work back on the floor-back to St.Joesep ECT. For several weeks before being sent to the tool crib where I remained for about a year

12-1998     Several Points for absences given which would not of been given to any body else Had to go to the union to have them removed

1999     Sent to small parts to work for Gary Ast

2001     Written up – wasting company time on the computer after lunch.

1-2003     Gave computer clearances to a new hire I have ask it several times.

6-2003     Tooth ache (face Swollen)
Had root canal June 10th – ask for PSL 6-16 oked- asked for vacation 6-17 oked
Returned 6-17 told could not use vacation because of furlough an gave me a half point
Returned to Dentist on 6-19 received another half point.
Called in but given a point cause some one said they saw me at McDonalds

6-26-03     Steve George Gets Sick leaves early receives no point

8-11-03     Had to go to court received point

5-5-04     Called in for 1 hour of PSL

5-12-04     Get Check no PSL –Why- Gary says he breaking down. But never told me anything and I received a half point.

5-272004     Meet with Art Taylor, Chris Reynolds, and Gary Ast over why I have not received my grade 3 promotion
-I have leadership qualities
- I do a good job of production
- Should not tell people with problems what to do
- If production picks up may be next year

6-4-04 Written for saying white boy
Chris said he had to put this in his folder even though it was the only time and not a racial slur

| Date | Event |
|---|---|
| 7-15-04 | Ask Gary again about Squawk clearance was told there was no need for me to have it -get some one else to write it for you – no one would- Next day he gave Clearance to a new hire Chad Brown |
| 7-20-04 | My June 2004 review was the best ever 323 points |
| 8-2004 | In medical was told my back pain was not cause by my accident it was arthritis and is only going to get worse and I need to come to medical any time I'm off because they will no longer excuse my absentees. |

2005 Printed a Picture Calendar off computer
–Jammed up the printer after 3:30 p.m.
–Given write up misuse of company equipment
–Ask why me you were the one that got caught

5-3-05         Received review very biases – after such a good one 6months before
4-405 to 4-8-05 some one covered my colender with a piece of white paper
4-11-05       the paper was not there
4-12-05       the paper was back – Left note KEEP HANDS OFF MY DESK
4-15-05       My Calendar was removed and upside down on my desk
Gary says take it Home some one finds it offensive. What- bow is a face photo offensive? He stated one of those men has his underwear showing and the Face Photo Shots were offensive too. And Take The Calendar Home doesn't have it on your desk.
        Had a meeting with Don Tanahill HR representative over Calendar he told me to return it to my desk and sent a paper for every to sign stating they read it
Harassment in a Productive work environment.
        They did nothing to the paper placer
3-27-06        Mike molde joined our work team today. A grade 3 from across the street. All of us were quite surprised caused we had no work and certainly no need for a grade 3.
4-15-06        asked Chris why Mike replies No one else stepped up for the job. How many times have I come to you and Gary?
5-9-06    Appraisal was 277 the lowest ever
7-06    Raise .71 good NO everyone got .71
Lump Sum amount $21.00 lowest in my group others at $200.00
Being upset with the appraisal I ask for a meeting. Results:
–I was talking and walking never in my work area and on the computer too much all of which was not true.
        The THRUTH Don Tanahill told you to let me put that Calendar back up now you are going to pay me back.
I WAS Moved to front row so
Gary could see me though I was on the back row only three months of six years.
7-19-06       Received a new appraisal 293
8-21-06       Told I could no longer take any classes
10-17-06      Went to medical with back pain told to leave work go see my doctor and don't return until I do.
            -I ask to see a Comp Doctor
    - Penny and Kristy said NO
    - 10-18-06 Went to personal doctor gave me 10 days off slip
    - Called Kansas Workman Comp.

- Was informed Cessna had to send me to a doctor
- They sent me a form for Cessna to sign

10-20-06    Took a written claim for Workers Compensation to Medical
- Penny said I had to see the Dr. Because what my doctor said doesn't matter any more.
- She and I traded words she was very sarcastic
- Saw the Dr. Littell he sent me back to work.
- It was Friday so Gary told me to come back Monday

10-23-06 Gary sends me to Medical stating I could no longer work here with my restrictions.
- Medical sent me to the tool Crib to work for a Vickie Wilkerson

10-24-06 Missed work because of back pain

10-25-06 disciplined for misuse of company time
- By Galen Rog Rogers Employee Relation Manager and Vickie
- Said I took extended breaks, excessive time traveling to L-12 and back –going to lunch early
- I state everything is so much further away the bathroom and all so I stopped on my way back from break-left 3min.s early for lunch to wash up and pee. L-12 is 5miles down the street.

10-25-06  Rog Rogers meeting
- He was outrages in his conversation
- Ask me did Dr.Suero really sign this parking paper
- Did not want to give me a parking sticker but did for a week
- Told me you have no power her
- You are doing something her you don't have a clue of what you are doing maybe it could be out of sheer ignorance.
- Didn't believe me about Penny incident so he Call her
- Vickie said something about time I stated I needed to time myself this is a big place and have never worked here before.
- Rog butted in You Can't Do That You Will Be Here AT This Time And There At That Time. (In a raised voice)
- Told me I was there because I FILLED A WORKMENS COMP. SUIT
- Doesn't matter that you've worked with the same restrictions for 3 years

10-26-06  Rogers gives me 3 days off with out pay

10-31-06 Went to CPD to work for Barry Long core to bag an tag

11-7-06   Attempted to file a grievance/peer review
- Not covered by Union contract
- Told that my 5 day period had expired

11-14-06  1:15 Meeting with Roger and Penny
- Over calling in improperly
- Need to Call My supervisor, Barry Longcore, and Medical
- Weather I come in or not I Must go to Medical
- Told me things will be different now
-

12-13-06   Written up for attendance

12-20-06 Received review it was
- Extremely Low 143 points
- Chris stated it was because of the 3 days I worked for Vickie
- Would get Barry to do another one in 2 months

2-22-07   received an e-mail written by Penny
- Stated that I just use my back for an excuse
- Kiersten Camp ARNP agreed and stated she would never cover my time off.

2-27-27 Received review 180 points
- Gary stated he changed a couple of them
- Did not show me Barry's review

20022-27-07 10 year Lunch with Chris and Gary
- Chris said you need to go to HR we are not taking you back with your restrictions.
- Chris-I wish we could do this again in five years but it's not going to happen.

9-5-07  Written up for calling in

9-11-07 GIVEN A MEDICAL LEAVE OF ASBENSE
- With new Perms:
- No Bend/ Twist
- No Squat/Stoop
- No Knell/ Crawl
- No ladders
- 34%-66% fine hand / forceful grasp
- Max Lift 20#
- Max overhead lift 10#
- Max push pull 15#
- Max carry15#

I was told Good Luck

Though I have many incidents here there were many many more that I Don't have documentation on.

-

\